# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-0240
LT Case No. 2019-CA-3319

_____

DENVER IVAN WILSON,

    Appellant,

    v.

CLERK OF THE CIRCUIT COURT,
SEMINOLE COUNTY, FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Christopher M. Sprysenski, Judge.

Denver Ivan Wilson, Lake Butler, pro se.

Richard S. Wright, of Wright & Casey, P.A., New Smyrna Beach, for Appellee.


March 28, 2025


PER CURIAM.

    This Court affirms the trial court's order granting Appellee's motion for summary final judgment and has previously either affirmed, denied, or dismissed three motions for postconviction relief and nine petitions for writ of mandamus in Seminole County Circuit Court Case Nos. 1999-CF-907-A and 2019-CA-3319.

Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court, asserting claims stemming from Seminole County Circuit Court Case Nos. 1999-CF-907-A and 2019-CA-3319, may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

―――――――――――――――

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

―――――――――――――――

2